**Dismissed and Memorandum Opinion filed May 10, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-01071-CV**
_____

**LINDA LEE BRUEGGEBORS, Appellant**

**V.**

**RICHARD PAUL BRUEGGEBORS, Appellee**

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 1983-28363**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed October 27, 2011. Appellant's notice of appeal was filed December 8, 2011.

The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was filed within the fifteen-day period provided by rule 26.3. However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617-18; *Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App. -- Houston [14th Dist.] 1998, no pet.).

On April 19, 2012, this court issued an order stating that the appeal would be dismissed unless appellant filed within 10 days a motion reasonably explaining failing to file the notice of appeal in a timely manner. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.